(9 Misc. Rep. 462.)

BUTTMAN v. DENNETT.

(Common Pleas of New York City and County, General Term.   August 1, 1894.)

BAILMENT—RESTAURANT KEEPER—LIABILITY FOR CUSTOMER'S WRAPS.

    A restaurant keeper is liable, in the absence of due care, for the loss of a customer's wraps left in his charge.   Bunnell v. Stern, 25 N. E. 910, 122 N. Y. 539, and Bird v. Everard (Com. Pl.) 23 N. Y. Supp. 1008, followed.

Appeal from first district court.

Action by William Buttman against Alfred W. Dennett.   There was a judgment in favor of plaintiff, and defendant appeals.   Affirmed.

Argued before BOOKSTAVER and BISCHOFF, JJ.

W. S. Burt, for appellant.

L. S. Wheeler, for respondent.

PER CURIAM.    We think that a restaurant keeper, in whose custody wraps and other articles of wearing apparel have been temporarily placed for safe-keeping, is liable as a bailee, under the rule laid down in Bunnell v. Stern, 122 N. Y. 539, 25 N. E. 910, and Bird v. Everard (Com. Pl. N. Y.) 23 N. Y. Supp. 1008; and that the judgment must therefore be affirmed, with costs.